LOUISE M. JONGER v. CALVIN TOMKINS and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

HUSQVARNA VAPENFABRIKS AKTIEBOLAG (a corporation) v. R. P. HUSSEY & Co., INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

255 FIFTH AVENUE CORPORATION v. GERALD G. FREEMAN and Another.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

F. S. CARR COMPANY v. SOUTHERN PACIFIC COMPANY.— Motion granted. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

JACOB GOLDBERG v. ANNIE NISNEVITZ and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

TOBIAS KLIPSTEIN v. WOLFSON HOLDING CORPORATION and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

In the Matter of the CONTINENTAL GUARANTY CORPORATION against CHARLES L. CRAIG, as Comptroller of the City of New York, and Others.— Motion denied. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

RAILWAY TIE TREATING COMPANY, Respondent, v. MAE A. CLEMENTS, as Administratrix, etc., of ALFRED B. CLEMENTS, Deceased, Appellant.— Judgment modified by allowing the defendant the claim to credit of $7,700, expense account, with appropriate interest, which was disallowed by the referee; and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

CEDAR CONSTRUCTION COMPANY, Appellant, v. SADYE V. SPILLE, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

VANDERBILT AVENUE REALTY CORPORATION, Appellant, v. HARRIET ST. CLAIR RIDER, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

CARBONDALE OIL Co., INC., Respondent, v. CARNEGIE REFINING COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

AUGUSTUS B. FIELD and Others, Appellants, v. WEST THIRTY-SIXTH STREET CORPORATION and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.; Merrell and McAvoy, JJ., dissenting.